**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────

**YUNELI ROSADO,**

              Plaintiff,           24-cv-4212 (JGK)

    - against -                      ORDER

**ELSA LA REYNA DEL CHICHARRON INC.,**
**ET AL.,**

              Defendants.
────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for a telephone conference to discuss the proposed settlement agreement on **Monday, September 9, 2024**, at **4:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 29, 2024**             /s/ John G. Koeltl
                                                  **John G. Koeltl**
                                    **United States District Judge**